KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:10/27/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
LIBRADO MORFIN LUGO

CASE NO: BKS-09-27071-LBR

CHAPTER 13

Hearing Date:  December 03, 2009
Hearing Time:  1:30 pm

SANCHEZ LAW GROUP
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 1
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 09/12/2009. The 341(a) Meeting of Creditors held on October 27, 2009 at 8:00 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- The proposed Plan is not feasible as the Debtor(s) lacks sufficient regular income [11 USC § 109 (e)]
    - Verification of Social Security Number as used on tax returns.
    - Amendment to Plan: List source of balloon payment(s); Need to correct attorney fee balance.
    - Amendment to Schedule I. Current Income of Individual Debtor(s): Need to correct rental income.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 10/27/2009

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee